UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                                              CASE NO. 09-35397
CHRISTIAN ALLEN WALMER                      Chapter 7
BARBIE MOORE WALMER,
     Debtors.

TRUSTEE'S NOTICE OF DEPOSIT OF SMALL DIVIDENDS

Gary D. Boyn, Trustee, notifies the Court, pursuant to Bankruptcy Rules 3010 and 3011 that Claimant 5, West Coast Radiology, 11701 Belcher Road S., Suite 113, Largo, FL 33773, is entitled to interim distribution on allowed claims in the amount of $1.19, which amount Trustee now deposits in the U.S. Bankruptcy Clerk's Registry Account, as small dividends, for the use and benefit of said claimant.

Dated: September 13, 2010                        /s/ Gary D. Boyn
                                                                      Gary D. Boyn, Trustee
                                                                      121 W. Franklin St., Suite 400
                                                                      Elkhart, IN 46516
                                                                      (574) 294-7491

CERTIFICATE OF SERVICE

The undersigned hereby certifies service of the foregoing was sent electronically via the Bankruptcy Clerk's ECF System or has been made by placing a copy thereof in the United States mail, first class postage prepaid, this 13th day of September, 2010:  West Coast Radiology, 11701 Belcher Road S., Suite 113, Largo, FL 33773,

U.S. Trustee's Office:                                    USTPRegion10.SO.ECF@usdoj.gov
Steven J. Glaser:                                          glaser.bankruptcy@verizon.net

                                                                                             /s/ Gary D. Boyn